UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EDWARD BROWN, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-2038 |
| § | |
| KAREN COUNTS, *et al*, § | |
| § | |
| Defendants. § | |

## AGREED FINAL JUDGMENT

BE IT REMEMBERED that on this day, came on in the above–styled and numbered cause the plaintiff, EDWARD BROWN (the "Plaintiff" or "Brown") and the defendants', KAREN COUNTS, individually, and AGGRESSIVE WASTE DISPOSAL, INC. ("Aggressive Waste") (Counts and Aggressive Waste, may hereinafter be referred to collectively as the "Defendants"), both by and through their undersigned counsel of record and announced that a settlement of all matters in dispute in this case had been reached and that the parties desired an Agreed Final Judgment be entered thereon. The terms of the parties' April, 2017 release and settlement agreement referenced herein are fully incorporated within. The Court is of the opinion that an Agreed Final Judgment should be entered upon the agreement of the parties. It is, therefore,

ORDERED, that the plaintiff, EDWARD BROWN does have and recover judgment of and from the defendants', KAREN COUNTS, individually, and AGGRESSIVE WASTE DISPOSAL, INC., jointly and severally, the total sum of Twenty-Three Thousand and No/100 Dollars ($23,000.00).

Further,

ORDERED, that each party shall pay its own court costs herein.

Further,

ORDERED, that all relief not specifically granted herein is, in all things, DENIED.

Further, this judgment finally disposes of all claims and all parties, and is appealable.

It is so ORDERED.

SIGNED on this 27th day of April, 2017.

_____
Kenneth M. Hoyt
United States District Judge